1  PAUL ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  KRAMER LEVIN NAFTALIS & FRANKEL LLP
4  990 Marsh Road
   Menlo Park, CA  94025
5  Telephone:  (650) 752-1700
   Facsimile:   (650) 752-1800
6

7  ROBERT MORRIS (admitted *pro hac vice*)
   rmorris@kramerlevin.com
8  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
9  New York, NY  10036
   Telephone: (212) 715-9100
10 Facsimile: (212) 715-8000

11
   Attorneys for Defendant
12 FOWNES BROTHERS & CO., INCORPORATED

13                      **IN THE UNITED STATES DISTRICT COURT**

14                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                      **SAN JOSE DIVISION**

16 
| GLT TECHNOVATIONS, LLC, a Nevada limited liability company, | Case No.:  CV 12-00466-RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTION TO DISMISS, TRANSFER VENUE AND/OR STAY ACTION** |
| FOWNES BROTHERS & CO., INCORPORATED, a New York corporation, | |
| Defendant. | New Hearing Date:  April 20, 2012  Time: 9:00 a.m.  Judge:  Honorable Ronald M. Whyte  Courtroom 6, 4th Floor |

---

STIPULATION & [] ORDER EXTENDING TIME                                    CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

Pursuant to Local Rule 6.1 and 6.2, the parties, Defendant Fownes Brothers & Co., Incorporated ("Defendant") and Plaintiff's GLT Technovations, LLC ("Plaintiff"), hereby stipulate as follows:

WHEREAS, on February 28, 2012, Defendant filed a Motion to Dismiss, Transfer or Stay this action ("Motion to Dismiss"), which was previously scheduled to be heard on April 3, 2012 before The Honorable Magistrate Howard R. Lloyd;

WHEREAS, on March 8, 2012, this case was reassigning to The Honorable Ronald M. Whyte;

WHEREAS, the Parties met and conferred regarding the schedule and to accommodate the parties' respective schedules, the Parties have agreed to the following:

(a) to reschedule the hearing on Defendant's Motion to Dismiss to Friday, April 20, 2012 at 9:00 a.m.;

(b) Plaintiff's opposition to Defendant's Motion to Dismiss, previously due on March 13, 2012, is extended and now due no later than March 30, 2012; and

(c) Defendant's reply to Plaintiff's opposition will be due no later than April 6, 2012.

WHEREAS, this stipulation will not have any effect on the schedule for the case.

WHEREFORE, IT IS STIPULATED AND AGREED that the hearing on Defendant's Motion to Dismiss is Friday, April 20, 2012, at 9:00 a.m. in Courtroom 6.  Plaintiff's opposition will be due by March 30, 2012, and Defendant's reply will be due by April 6, 2012.

1

1  **IT IS SO STIPULATED.**

2  DATED:  March 12, 2012

3 By: /s/ Lisa Kobialka
          Lisa Kobialka

4       Paul Andre (State Bar. No. 196585)
        Lisa Kobialka (State Bar No. 191404)
5       KRAMER LEVIN NAFTALIS & FRANKEL LLP
        990 Marsh Road
6       Menlo Park, CA  94025
        Telephone: (650) 752-1700
7       Facsimile: (650) 752-1800

8
        Robert Morris (admitted *pro hac vice*)
9       KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
10      New York, NY  10036
        Telephone: (212) 715-9100
11      Facsimile: (212) 715-8000

12
        Attorneys for Defendant,
13      FOWNES BROTHERS & CO., INCORPORATED

14
                                By: /s/ Kimberly Fahrenbrook Rich
   DATED:  March 12, 2012              Kimberly Fahrenbrook Rich
15
        Irene V. Gutierrez
16      BAKER & MCKENZIE LLP
        Two Embarcadero, 11th Floor
17      San Francisco, CA  94111-3802
        Telephone: (415) 576-3099
18      Facsimile:  (415) 576-3099

19
        Kimberly Fahrenbrook Rich (admitted *pro hac vice*)
20      BAKER & MCKENZIE LLP
        2300 Trammell Crow Center
21      2001 Ross Avenue
        Dallas, TX  75201
22      Telephone: (214) 978-3051
        Facsimile:  (214) 978-3099
23

24      Attorneys for Plaintiffs
        GLT TECHNOVATIONS LLC
25

26

27
                                    2
28
_____
STIPULATION & [] ORDER EXTENDING TIME                CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

1  **PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED** that the hearing on

Defendant's Motion to Dismiss, Transfer Venue, and/or Stay is set for April 20, 2012 with Plaintiff's

Opposition due March 30, 2012 and Defendant's Reply due April 6, 2012.

Dated: _____, 2012

_____
Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

APPROVED
*Ronald M. Whyte*
Judge Ronald M. Whyte

3

STIPULATION & [] ORDER EXTENDING TIME        CASE NO. 12-CV-00466-RMW
TO DISMISS, TRANSFER VENUE

**GENERAL ORDER 45 ATTESTATION**

I, LISA KOBIALKA, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Motion to Dismiss, Transfer Venue and/or Stay Action. In compliance with General Order 45, I hereby attest that Kimberly F. Rich, Lead Counsel for Plaintiff, have concurred with this filing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2012                             By: */s/ Lisa Kobialka*
                                                          Lisa Kobialka
                                                          KRAMER LEVIN NAFTALIS
                                                            & FRANKEL LLP

                                                          Attorneys for Defendant,
                                                          FOWNES BROTHERS & CO.,
                                                          INCORPORATED

4